**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRIDGET SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO.; SUMTER EASY HOME LLC; and NINGBO (USA) HOMELINK ECO-ITECH CO., LTD.,<br><br>Defendants. | Case No. 1:23-cv-16465<br><br>**Honorable Franklin U. Valderrama** |

**PARTIES' STIPULATION AND JOINT MOTION FOR SCHEDULING ORDER**

Plaintiff Bridget Simpson ("Plaintiff") and Walgreen Co., Sumter Easy Home LLC, and Ningbo (USA) Home-Link Plastic Product Mfg., (collectively, "Defendants") (together, the "Parties"), stipulate to and jointly request that the Court enter an order to adopt the following briefing schedule for Defendants' Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 15) and Defendants' Motion to Strike Nationwide Class Allegations (Doc. 16) (together, "Defendants' Responsive Motions"). As good cause in support thereof, The Parties state as follows:

1. Plaintiff filed the Complaint in this action on December 9, 2022. (Doc. 1)

2. On December 29, 2023, upon consideration of Defendants' unopposed Motion for Extension of Time to File Responsive Pleading, this Court ruled that all answers or other responsive pleadings are due by 2/20/2024 (Doc. 12).

3. Filed concurrent with the present motion are Defendants' Responsive Motions.

4. The Parties have discussed and agreed to the proposed briefing schedule to afford sufficient time to address the issues raised in Defendants' responsive pleading and

1

to accommodate the prepaid, nonrefundable vacation schedules of counsel, with Plaintiff's response to be due on or before March 19, 2024, and Defendants' reply due by April 9, 2024.

5. This Order will not affect the current joint initial status report deadline of 2/27/2024.

**THEREFORE,** the Parties stipulate and agree, based on good cause, that:

1. Plaintiff's response to Defendants' Responsive Motions shall be filed on or before March 19, 2024;

2. Defendants' optional reply brief(s) shall be due on or before April 9, 2024; and;

3. The Parties respectfully request an Order adopting the briefing schedule as outlined above.

Date: February 20, 2024

Respectfully submitted,

**Faruqi & Faruqi, LLP**
By: */s/ Timothy J. Peter*
Timothy J. Peter (Bar No. 306965)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (267) 536-2145
Facsimile: (215) 277-5771

*Counsel for Plaintiff
and the Proposed Classes*

**Roeser Tanner & Graham LLC**
/s/ Peter S. Roeser
Peter S. Roeser
ARDC 6257273
Matthew D. Tanner
ARDC 6202508
2 North Riverside Plaza, suite 1850
Chicago IL 60606
Telephone: (312) 621-0303
Email: proeser@rtglaw.com

Email: mtanner@rtglaw.com

**Conner & Winters LLP**
Todd P. Lewis *(pro hac vice forthcoming)*
Arkansas. Bar No. 96226
Jorge J. Rodriguez *(pro hac vice forthcoming)*
Arkansas Bar No. 2020175
4375 N. Vantage Dr., Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Email: tlewis@cwlaw.com

*Counsel for Defendants*

4

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 20th day of February 2024, upon electronically filing the foregoing document, a copy of same was served on all counsel of record via the court's ECF system. Additionally, a copy was emailed to all counsel not yet registered with the court's ECF system.

                By: <u>*/s/ Timothy J. Peter*</u>
                    Timothy J. Peter